Henry L. Hess, U. S. Atty., of Portland, Or., Enoch E. Ellison, Sp. Asst. to Atty. Gen., and Johanna M. D'Amico, Atty., Dept. of Justice, of Washington, D. C., for appellee United States.

Before MATHEWS, BONE, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Rogers Cartage Co. v. Reynolds, 6 Cir., 166 F.2d 317; Seese v. Bethlehem Steel Co., 4 Cir., 168 F.2d 58; Atallah v. B. H. Hubbert & Son, 4 Cir., 168 F.2d 993, certiorari denied Cingrigani v. B. H. Hubbert & Son, 69 S. Ct. 138; Battaglia v. General Motors Corp., 2 Cir., 169 F.2d 254, certiorari denied 69 S.Ct. 236; Darr v. Mutual Life Ins. Co., 2 Cir., 169 F.2d 262, certiorari denied 69 S.Ct. 166; Fisch v. General Motors Corp., 6 Cir., 169 F.2d 266, certiorari denied 69 S.Ct. 405.

John B. Tansil, U. S. Atty., of Billings, Mont., Enoch E. Ellison, Sp. Asst. to Atty. Gen., and Johanna M. D'Amico, Atty., U. S. Dept. of Justice, of Washington, D. C., for appellee United States.

Before MATHEWS, BONE and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed upon the authority of Rogers Cartage Co. v. Reynolds, 6 Cir., 166 F.2d 317; Seese v. Bethlehem Steel Co., 4 Cir., 168 F.2d 58; Atallah v. B. H. Hubbert & Son, 4 Cir., 168 F.2d 993, certiorari denied Cingrigani v. B. H. Hubbert & Son, 69 S.Ct. 138; Battaglia v. General Motors Corp., 2 Cir., 169 F.2d 254, certiorari denied 69 S.Ct. 236; Darr v. Mutual Life Ins. Co., 2 Cir., 169 F.2d 262, certiorari denied 69 S.Ct. 166; Fisch v. General Motors Corp., 6 Cir., 169 F.2d 266, certiorari denied 69 S.Ct. 405.

■

**A. G. ROLE, Appellant, v. J. NEILS LUMBER COMPANY, a Corporation, and United States of America, Appellees.**

No. 11924.

United States Court of Appeals
Ninth Circuit.

Jan. 10, 1949.

Leif Erickson, of Helena, Mont., and H. L. Maury and A. G. Shone, both of Butte, Mont., for appellant.

Charles A. Hart, of Portland, Or. (Hart, Spencer, McCulloch & Rockwood, of Portland, Or., and Jardine, Chase & Stephenson, of Great Falls, Mont., of counsel), for appellee J. Neils Lumber Co.

Tom C. Clark, Atty. Gen. of United States, H. G. Morison, Asst. Atty. Gen.,

■

**Carl S. SEELY, Appellant, v. PEOPLE OF STATE OF CALIFORNIA, and Robert A. Heinze, Warden of the State Prison at Folsom, Appellee.**

No. 12010.

United States Court of Appeals
Ninth Circuit.

Jan. 4, 1949.

Rehearing Denied Feb. 15, 1949.

Carl S. Seely, in pro. per., for appellant.

Fred N. Howser, Atty. Gen. of California, and Clarence A. Linn, Deputy Atty. Gen., of California, for appellee.

Before STEPHENS and ORR, Circuit Judges, and HARRISON, District Judge.

PER CURIAM.

The judgment of the District Court is affirmed.